Howard J. Russell, Esq.
Nevada Bar No. 8879
HRussell@wwhgd.com
Marjan Hajimirzaee Esq.
Nevada Bar No. 11984
Mhajimirzaee@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV  89118
Telephone: (702) 938-3838

Patrick M. Arenz (MN 0386537) *(Pro Hac Vice Forthcoming)*
PArenz@robinskaplan.com
Thomas F. Berndt (MN 0389080) *(Pro Hac Vice Forthcoming*)
TBerndt@robinskaplan.com
Navin Ramalingam (MN 0402799) *(Pro Hac Vice Forthcoming*)
NRamalingam@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
*Attorneys for Defendants Seven Mile Food & Beverage, LLC, and David Pisor*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESGS INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SEVEN MILE FOOD & BEVERAGE, LLC, an Illinois limited liability company, DAVID PISOR, an individual; DOES I – X; and ROE corporations I – X,<br><br>  Defendants. | Case No. 2:22-cv-01340-GMN-BNW<br><br>**PARTIES' STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** |

The Parties jointly stipulate that Defendants Seven Mile Food & Beverage, LLC, and David Pisor's (collectively, "Defendants") time to respond to the Plaintiff's First Amended Complaint ("Amended Complaint") is extended until **Friday, September 9, 2022**. Per Local Rule IA 6-1, the

Parties state that this is the first extension of time granted of Defendants' deadline to respond to the Amended Complaint. Defendants further stipulate that they will not challenge the sufficiency of Plaintiff's service of process of the Amended Complaint and Summons under Fed. R. Civ. P. 12(b)(5), but do not waive any other defenses. Additionally, the Parties stipulate that ROBINS KAPLAN LLP (pending Pro Hac Vice admission) and WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC (hereto collectively referred as "Defense Counsel") will accept service of process relevant and related to this federal action on behalf of Defendants for the duration of, and until full and final resolution of this federal action (for at least as long as either law firm serves as counsel of record for the Defendants). Both Parties consent to electronic service per Local Rule IC 4-1 going forward.

The Parties hereto preserve and do not waive any objections or defenses by this Stipulation.

**IT IS SO STIPULATED.**

DATED this 19th day of August 2022.

**ORDER**

**IT IS SO ORDERED**

**DATED:** 10:44 am, August 22, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*/s/ Howard J. Russell*
Howard J. Russell, Esq.
Marjan Hajimirzaee Esq.
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV  89118

Patrick M. Arenz (MN 0386537) *(Pro Hac Vice Forthcoming)*
PArenz@robinskaplan.com
Thomas F. Berndt (MN 0389080) *(Pro Hac Vice Forthcoming*)
TBerndt@robinskaplan.com
Navin Ramalingam (MN 0402799) *(Pro Hac Vice Forthcoming*)
NRamalingam@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

2