Leah A. Martin, Esq.
Nevada Bar No. 7982
Christian Delgado, Esq.
Nevada Bar No. 15901
LEAH MARTIN LAW
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
cdelgado@leahmartinlv.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESGS INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEVEN MILE FOOD & BEVERAGE, LLC, an Illinois limited liability company, DAVID PISOR, an individual; DOES I – X; and ROE corporations I – X,<br><br>Defendants. | Case No.: 2:22-cv-01340<br><br>**PARTIES' STIPULATION FOR EXTENDING TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, EXTENDING TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION, AND TO STAY DISCOVERY** |

  The Parties jointly stipulate that Plaintiff ESGS, Inc. shall have until September 30, 2022 to file its Opposition to Defendants' Motion to Dismiss. The Parties further stipulate that Defendants shall have until October 7, 2022 to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

  The Parties further jointly stipulate that all discovery shall be stayed until this Court

rules on Defendants' Motion to Dismiss.

**IT IS SO STIPULATED.**

DATED this 22nd day of September 2022.

/s/ *Thomas F. Berndt*
Howard J. Russell, Esq.
Marjan Hajimirzaee Esq.
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV  89118

Patrick M. Arenz (MN 0386537) *(Admitted Pro Hac Vice)*
PArenz@robinskaplan.com
Thomas F. Berndt (MN 0389080)*(Admitted Pro Hac Vice)*
TBerndt@robinskaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
*Attorneys for Defendants Seven Mile Food & Beverage, LLC, and Mr. David Pisor*

DATED this __22nd__ day of September, 2022.


/s/ *Christian L. Delgado*
LEAH MARTIN LAW
Leah Martin, Esq.
Nevada Bar No. 7982
Christian Delgado, Esq.
Nevada Bar No.
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this __22__ day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# Gmail

Gwen Phillip <gphillip@leahmartinlv.com>

## Fwd: [EXTERNAL] Re: ESGS v. Pisor: Draft Joint Status Report

**Gwen Phillip** <gphillip@leahmartinlv.com>  Thu, Sep 22, 2022 at 2:29 PM
Draft

---------- Forwarded message ---------
From: **Berndt, Thomas F.** <TBerndt@robinskaplan.com>
Date: Thu, Sep 22, 2022 at 2:02 PM
Subject: RE: [EXTERNAL] Re: ESGS v. Pisor: Draft Joint Status Report
To: Erik Simpson <esimpson@leahmartinlv.com>, Christian Delgado <cdelgado@leahmartinlv.com>
Cc: Kevin Hejmanowski <khejmanowski@leahmartinlv.com>, Arenz, Patrick M. <PArenz@robinskaplan.com>, Ramalingam, Navin <NRamalingam@robinskaplan.com>, Russell, Howard <HRussell@wwhgd.com>

Thanks, Erik! Looks good to us. Feel free to add our e-signature and file.

From: Erik Simpson <esimpson@leahmartinlv.com>
Sent: Thursday, September 22, 2022 3:48 PM
To: Berndt, Thomas F. <TBerndt@RobinsKaplan.com>; Christian Delgado <cdelgado@leahmartinlv.com>
Cc: Kevin Hejmanowski <khejmanowski@leahmartinlv.com>
Subject: Re: [EXTERNAL] Re: ESGS v. Pisor: Draft Joint Status Report

Attached please find a proposed stipulation. Please let me know if there is anything you would like revised or if it can be submitted. Thanks.

On Fri, Sep 16, 2022 at 12:05 PM Berndt, Thomas F. <TBerndt@robinskaplan.com> wrote:

Christian, Leah, Kevin, and Erik,

We need to file the Joint Status report shortly. Can one of you please authorize us to file this revised version? If we don't hear from you, we'll have to go ahead and file by end of day.

Thanks!

Tom

From: Berndt, Thomas F.
Sent: Friday, September 16, 2022 10:51 AM
To: Christian Delgado <cdelgado@leahmartinlv.com>; Ramalingam, Navin <NRamalingam@RobinsKaplan.com>
Cc: Leah Martin <lmartin@leahmartinlv.com>; Kevin Hejmanowski <khejmanowski@leahmartinlv.com>; Erik Simpson <esimpson@leahmartinlv.com>; Arenz, Patrick M. <PArenz@RobinsKaplan.com>
Subject: RE: [EXTERNAL] Re: ESGS v. Pisor: Draft Joint Status Report
Importance: High